UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>IVAN GONZALEZ-CORPORAN, et al.,<br><br>Defendant(s). | Case No. 2:03-CR-176 JCM<br><br>ORDER |

Presently before the court is the matter of *United States v. Cirino*, case no. 2:03-cr-00176-JCM.  Hector Cirino ("petitioner") filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 based upon the application of *Johnson v. United States*, 135 S. Ct. 2551 (2015), to his sentence.  (ECF No. 160).

Briefing shall proceed as follows: respondent has thirty (30) days from the date of this order to file a response.  Thereafter, petitioner has thirty (30) days to file a reply.

Accordingly,

IT IS HEREBY ORDERED that respondent shall file a response to petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (ECF No. 160) no later than thirty (30) days from the date of this order.  Petitioner shall file a reply within thirty (30) days thereafter.

DATED September 26, 2016.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**