UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:03-CR-176 JCM |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| HECTOR CIRINO, | |
| Defendant(s). | |

Presently before the court is defendant Hector Cirino's motion for compassionate release under the First Step Act. (ECF No. 194).

On September 3, 2020, Chief Judge Miranda Du issued Amended General Order 2020-06, which appoints the Federal Public Defender's office ("FPD") to represent defendants that file "a pro se section 3582(c)(1)(A) motion directly with this court pursuant to section 603(b) of the FIRST Step Act." Amended General Order 2020-06. If FPD determines that the pro se motion needs no supplementation, it must file a notice stating so within seven days and notify the defendant. *Id.*

If the FPD has "a prohibitive conflict," it must "file a motion requesting that CJA counsel be appointed according to the regular procedures of the District of Nevada for the appointment of counsel." *Id.*

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that FPD is appointed to assist Cirino with moving for compassionate release consistent with Amended General Order 2020-06.

DATED March 17, 2021.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**