RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE TANAKA
Assistant Federal Public Defender
California State Bar No. 314082
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Hector Cirino.

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HECTOR CIRINO.,<br><br>    Defendant. | Case No. 2:03-cr-00176-JCM<br><br>**Stipulation to Continue Supplement's Deadline to Motion for Compassionate Release**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Elizabeth White, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine Tanaka, Assistant Federal Public Defender, counsel for Hector Cirino, request that the due date for Mr. Cirino's Supplement to Motion for Compassionate Release (ECF No. 194), be extended from March 22, 2021 to April 5, 2021.

This Stipulation is entered into for the following reasons:

1.    Counsel for Mr. Cirino needs additional time to supplement Mr. Cirino's pro se motion for compassionate release (ECF No. 194).

2.    The parties agree to the continuance.

3. The parties additionally agree government counsel shall have 14 days, to April 19, 2021, to file a response to Mr. Cirino's supplement.

4. Mr. Cirino does not object to the continuance.

5. The additional time requested by the stipulation is made in good faith and not for purposes of delay.

This is the first request for a continuance of the supplement deadline.

DATED this 26th day of March 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ Katherine Tanaka<br>KATHERINE TANAKA<br>Assistant Federal Public Defender | By /s/ Elizabeth White<br>ELIZABETH WHITE<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HECTOR CIRINO,<br><br>    Defendant. | Case No. 2:03-cr-00176-JCM<br><br>ORDER |

IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for filing his Supplement to Motion for Compassionate Release, that the Defendant's deadline to file his Supplement is extended to April 5, 2021, and the Government's response is due April 19, 2021.

DATED March 26, 2021.

                                                         _____
                                                         UNITED STATES DISTRICT JUDGE