RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE A. TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Hector Cirino

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:03-cr-00176-JCM |
| Plaintiff, | **JOINT STIPULATION REGARDING SUPPLEMENTAL BRIEFING TO MOTION FOR COMPASSIONATE RELEASE (ECF NO. 201)** |
| v. | |
| HECTOR CIRINO, | |
| Defendant. | (Second Reqeust) |

The parties, Jason M. Frierson, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, and Rene L. Valladares, Federal Public Defender, and Katherine A. Tanaka, Assistant Federal Public Defender, counsel for Hector Cirino, file this Joint Stipulation.

As a result of the Ninth Circuit's remand and order to reassess Mr. Cirino's motion for compassionate release in light of *United States v. Roper*, 72 F.4th 1097 (9th Cir. 2023) and

United *States v. Chen*, 48 F.4th 1092 (9th Cir. 2022), the parties request the opportunity to file supplemental briefing and, therefore, propose the briefing schedule below.[1]

      Defense's supplemental brief shall be due by January 22, 2024.  The government shall have 14-days to respond and defense will have 7-days after to reply.

      DATED this 30th day of November, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Katherine A. Tanaka*<br>KATHERINE A. TANAKA<br>Assistant Federal Public Defender | By */s/ Kimberly M. Frayn*<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

---

[1] Defense counsel needs additional time to prepare supplemental briefing and, is therefore, requesting the above amended date.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>HECTOR CIRINO,<br><br>  Defendant. | Case No. 2:03-cr-00176-JCM |

### **ORDER**

IT IS THEREFORE ORDERED that Defense's supplemental brief shall be due by January 22, 2024. The government shall have 14-days to respond and defense will have 7-days after to reply.

DATED December 7, 2023.

_____
UNITED STATES DISTRICT JUDGE