JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336/Fax: (702) 388-6418
Kimberly.Frayn@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HECTOR CIRINO,<br><br>    Defendant. | Case No. 2:03-cr-00176-JCM-1<br><br>**Stipulation to Continue Government's Deadline to File a Response to Defendant's Motion for Order Reducing Sentence to Time Served and Modifying Judgment Under 18 U.S.C. § 3582(c)(1)(A)(i) (ECF 223)**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Aden Kahssai, Assistant Federal Public Defender, counsel for Hector Cirino ("Cirino"), that the government's time to respond to the defendant's Motion for Order Reducing Sentence to Time Served and Modifying Judgment Under 18 U.S.C. § 3582(c)(1)(A)(i) (ECF 223) Motion shall be

extended to and including February 20, 2024, and the defendant's time to file a reply shall be extended to and including February 27, 2024, for the following reasons:

1. In October 2023, the 9th Circuit Court of Appeals vacated this Court's order denying Cirino's request for compassionate release and remanded the case, instructing that non-retroactive changes in sentencing law could be considered an extraordinary and compelling reason for granting a sentencing reduction. ECF 217.

2. Defense counsel received two extensions of time for the defendant to file his supplemental motion. ECF 218 and 221.

3. On or about January 22, 2024, Cirino filed his motion, (ECF 223), along with approximately 233 pages of Cirino's medical records (ECF 225).

4. Government counsel needs additional time to review the motion, the medical records, and other relevant records, conduct any necessary follow up investigation, and to research and draft an appropriate response.

5. The defendant is in BOP custody and does not object to the government's request. The parties agree to the extension of time.

6. This is the third request to extend the filing deadlines relating to the defendant's compassionate release request, but it is the government first extension lengthening its time to file a responsive pleading. The parties have agreed that the government shall have up to and including February 20, 2024, in which to file its response. The additional time requested herein is not sought for purposes of delay, but

merely to allow the government sufficient time to file its response. The defendant will have seven days to file any reply, that is, to and including February 27, 2024.

DATED this 1st day of February 2024.

| | |
|---|---|
| RENE VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By_/s/ Aden Kahssai_<br>ADEN KAHSSAI<br>Assistant Federal Public Defender<br>Counsel for Hector Cirino | _/s/ Kimberly M. Frayn_<br>By_____<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HECTOR CIRINO,<br><br>    Defendant. | Case No. 2:03-cr-00176-JCM-1<br><br>**Findings of Fact, Conclusions of Law and ORDER** |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. In October 2023, the 9th Circuit Court of Appeals vacated this Court's order denying Cirino's request for compassionate release and remanded the case, instructing that non-retroactive changes in sentencing law could be considered an extraordinary and compelling reason for granting a sentencing reduction. ECF 217.

2. Defense counsel received two extensions of time for the defendant to file his supplemental motion. ECF 218 and 221.

3. On or about January 22, 2024, Cirino filed his motion, (ECF 223), along with approximately 233 pages of Cirino's medical records (ECF 225).

4. Government counsel needs additional time to review the motion, the medical records, and other relevant records, conduct any necessary follow up investigation, and to research and draft an appropriate response.

5. The defendant is in BOP custody and does not object to the government's request. The parties agree to the extension of time.

6. This is the third request to extend the filing deadlines relating to the defendant's compassionate release request, but it is the government first extension lengthening its time to file a responsive pleading. The parties have agreed that the government shall have up to and including February 20, 2024, in which to file its response. The additional time requested herein is not sought for purposes of delay, but merely to allow the government sufficient time to file its response. The defendant will have seven days to file any reply, that is, to and including February 27, 2024.

## ORDER

THEREFORE, IT IS HEREBY ORDERED that the government shall have up to and including February 20, 2024, in which to file its response to Cirino's motion for compassionate release (ECF 223 and 225). The defendant shall have to and including February 27, 2024, to file any reply.

DATED February 2, 2024.

_____
HONORABLE JAMES C. MAHAN
United States District Judge