RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ADEN KAHSSAI
Assistant Federal Public Defender
California State Bar No. 314082
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kahssai@fd.org

Attorney for Hector Cirino.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HECTOR CIRINO.,<br><br>Defendant. | Case No. 2:03-cr-00176-JCM<br><br>**Stipulation to Continue Reply Deadline to the Government's Response to Motion for Order Reducing Sentence to Time Served and Modifying Judgment Under 18 U.S.C. § 3582(C)(1)(A)(i)**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kahssai, Assistant Federal Public Defender, counsel for Hector Cirino, request that the due date for Mr. Cirino's Reply to the Government's Response to Motion for Order Reducing Sentence to Time Served and Modifying Judgment Under 18 U.S.C. § 3582(C)(1)(A)(i), be extended seven (7) days from March 19, 2024 to March 26, 2024.

This Stipulation is entered into for the following reasons:

1. Due to scheduling conflicting with BOP, counsel for Mr. Cirino needs additional time to arrange to speak to Mr. Cirino and prepare the reply to the government's response to his motion for compassionate release.

2. The parties agree to the continuance.

3. Mr. Cirino does not object to the continuance.

4. The additional time requested by the stipulation is made in good faith and not for purposes of delay.

This is the first request for a continuance of the reply's deadline.

DATED this 14th day of March, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Aden Kahssai*<br>ADEN KAHSSAI<br>Assistant Federal Public Defender | By */s/ Kimberly M. Frayn*<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HECTOR CIRINO,<br><br>    Defendant. | Case No. 2:03-cr-00176-JCM<br><br>ORDER |

IT IS THEREFORE ORDERED that the Reply to the Government's Response to Motion for Order Reducing Sentence to Time Served and Modifying Judgment Under 18 U.S.C. § 3582(C)(1)(A)(i), be extended seven (7) days from March 19, 2024 to March 26, 2024

DATED March 15, 2024.

_____
UNITED STATES DISTRICT JUDGE

3